UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**RECEIVED**

JAN 2 6 2022

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:21-cr-00230-01 |
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| DELON SCOTT | * | MAGISTRATE JUDGE McCLUSKY |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Possession with the Intent to Distribute Methamphetamine
[21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)]

On or about December 8, 2020, in the Western District of Louisiana, the defendant, **Delon Scott**, did knowingly and intentionally possess with the intent to distribute 50 grams of more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)(viii). [21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)].

### COUNT 2
Possession of a Firearm During a Drug Trafficking Offense
[18 U.S.C. § 924(c)(1)(B)(ii)]

On or about December 8, 2020, in the Western District of Louisiana, the defendant, **Delon Scott**, did knowingly possess a machinegun, to wit: an AK-47 rifle, Model: unknown, caliber: 7.62 x 39, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: Possession with Intent to Distribute Methamphetamine as alleged in Count 1, all in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii). [18 U.S.C. § 924(c)(1)(B)(ii)].

## COUNT 3
Possession of Firearms by a Convicted Felon
[18 U.S.C. § 922(g)(1)]

On or about December 8, 2020, in the Western District of Louisiana, the defendant, **Delon Scott**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, in and affecting commerce, to wit:

1. an AK-47 rifle, Model: unknown, caliber: 7.62 x 39;

2. a Taurus pistol, Model: PT 111 G-2, caliber: 9mm;

3. a Glock pistol, Model: 43X, caliber: 9mm;

4. a FEG pistol, Model: PA-63, caliber: 9x18 mm;

5. a Smith and Wesson pistol, Model: Bodyguard, caliber: .380, and

ammunition, in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## COUNT 4
Possession of a Firearm Not Registered to Defendant in NFRTR
[26 U.S.C. §§ 5841, 5861(d), and 5871]

On or about December 8, 2020, in the Western District of Louisiana, the defendant, **Delon Scott**, knowingly received and possessed a machinegun, to-wit: an AK-47 rifle, Model: unknown, caliber: 7.62 x 39, made in violation of chapter 53 of Title 26, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.   [26 U.S.C. §§ 5841, 5861(d), and 5871].

## FORFEITURE NOTICE

A.     The allegations in Counts 2, 3, and 4 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B.     Upon conviction of the firearm and ammunition offense alleged in Counts 2, 3, and 4 set forth above in this Superseding Indictment, the defendant, **Delon Scott**, shall forfeit to the United States:

1.  an AK-47 rifle, Model: unknown, caliber: 7.62 x 39;

2.  a Taurus pistol, Model: PT 111 G-2, caliber: 9mm;

3.  a Glock pistol, Model: 43X, caliber: 9mm;

4.  a FEG pistol, Model: PA-63, caliber: 9x18 mm;

5.  a Smith and Wesson pistol, Model: Bodyguard, caliber: .380,

6.  upper receiver;

7.  magazines; and

8.  ammunition

seized by law enforcement officers on December 8, 2020.

C.     By virtue of the offense charged in this Superseding Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with the Federal Rules of Criminal Procedure, Title 18,

United States Code, Section 924(d) [18 U.S.C. § 924(d)].

BRANDON B. BROWN                                  A TRUE BILL
United States Attorney

                                                 *REDACTED*
                                                 _____
By: _____                  GRAND JURY FOREPERSON  *Deputy*
    Jessica Diane Cassidy, LA Bar #34477
    Assistant United States Attorney
    300 Fannin Street, Suite 3021
    Shreveport, Louisiana 71101
    (318) 676-3600